PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETE SHUKLIAN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01497-EPG<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER<br><br>(ECF No. 15) |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended forty-five (45) days from September 29, 2022, up to and including November 14, 2022. This is the parties' third stipulation for an extension of the Court's Scheduling Order, and Defendant's first extension.

    Defendant requests this extension because undersigned counsel for Defendant has been caring for a family member who recently had surgery, and another family member who recently broke her shoulder. Due to these events, counsel has fallen behind on her caseload, and requires additional time to review the record and respond to the issues raised in Plaintiff's brief.

1  The parties further stipulate that the Court's Scheduling Order shall be modified
2  accordingly.
3
4                                              Respectfully submitted,
5  Dated:  September 26, 2022                  /s/  Jonathan Omar Pena*
6                                              JONATHAN OMAR PENA
                                               Attorney for Plaintiff
7                                              *as authorized via e-mail on September 26, 2022
8
9  Dated: September 26, 2022                   PHILLIP TALBERT
                                               United States Attorney
10                                             MATHEW W. PILE
                                               Associate General Counsel
11                                             Office of Program Litigation, Office 7
12                                             Social Security Administration
13
                                        By:    /s/  Mary Tsai
14                                             MARY TSAI
                                               Special Assistant U.S. Attorney
15
                                               Attorneys for Defendant

# **ORDER**

Pursuant to the parties' stipulation (ECF No. 15), IT IS ORDERED that Defendant shall have an extension, up to and including November 14, 2022, to respond to Plaintiff's motion for summary judgment. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **September 27, 2022**                   /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE